UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| FRANK M. NUCERA, JR.<br><br>Plaintiff,<br><br>vs.<br><br>SALVATORE GUIDO and<br>TOWNSHIP OF BORDENTOWN.<br><br>Defendants. | **Document Electronically Filed**<br><br>NO. 1:24-cv-08638(KMW-EAP)<br><br>CIVIL ACTION<br><br>Hon. Karen M. Williams, U.S.D.J.<br><br>**CONSENT ORDER TO EXTEND TIME TO FILE REPLIES TO OPPOSITION** |

WHEREAS, on September 9, 2024, Defendant Township of Bordentown filed a motion to dismiss Plaintiff's Amended Complaint pursuant to Civ R. 12(b)(6) for a return date of October 7, 2024, (ECF No. 10) and;

WHEREAS, on September 11, 2024, Defendant Salvatore Guido filed a motion to dismiss Plaintiff's Amended Complaint pursuant to Civ R. 12(b)(6) for a return date of October 7, 2024, (ECF No. 12) and;

WHEREAS, on Plaintiff obtained an extension for filing of opposition and timely filed same pursuant to Local Civ. Rule 7.1(d)(5) which rescheduled the motion return date to October 21, 2024, (ECF Nos. 11 and 13) and;

WHEREAS, both defendants intend to file reply briefs to plaintiff's opposition to the aforementioned motions but need additional time to do so based on other present demands and scheduling conflicts, and;

WHEREAS, no prior request to adjourn the motion by either defendant has been made to the Court, and;

WHEREAS, Plaintiff's counsel and Counsel for Defendant Township of Bordentown consent to the requested adjournment, and;

WHEREAS, Plaintiff's counsel intends to request oral argument but is unavailable on November 4, 2024, and requests the matter be listed for November 18, 2024,

Now, this 15th, day of October, 2024, it is Ordered that:

1. The motion return date for the Defendants' respective motions to dismiss the Plaintiff's Amended Complaint shall be rescheduled to November 18, 2024;

2. Defendants' reply briefs to plaintiff's opposition and supporting documents shall be filed on or before October 28, 2024.

_____   USDJ

With the consent of the parties below:


/S/ Richard M. Wiener, Esquire
Attorney(s) for Plaintiff(s)

Plaintiff:    Richard M. Wiener, Esq.
              Law Offices of Richard M. Wiener, LLC
              161 Washington Street, Suite 400
              Conshohocken, PA 19428
              Toll-Free: 877-503-5228
              Fax: 610-487-0300


/s/ Michael P. Rubas, Esq.
Attorney for Defendant Salvatore Guido
              Michael P. Rubas, Esq.
              75 Main Street, Suite 1
              Manasquan, New Jersey 08736
              (732) 223-3300


/S/ Armando V. Riccio, Esquire,
Attorney(s) for Defendant, Township of Bordentown
              Armando V. Riccio, Esquire
              ARMANDO V. RICCIO, LLC
              7 North Main Street, Suite A
              Medford, N.J. 08055
              Phone: (609) 634-2784
              Fax:   (609) 667-7650

Date:   October 11, 2024