| | | |
|---|---|---|
| 10,000 Lincoln Drive East<br>One Greentree Centre<br>Suite 201<br>Marlton, NJ 08053<br>(877) 503-5228 | **LAW OFFICES OF**<br>**RICHARD M. WIENER, LLC**<br>161 Washington Street, Suite 400<br>Conshohocken, PA 19428<br>https://www.wienerlegal.com | (610) 832-8050 phone<br>(610) 487-0300 facsimile<br><br>rwiener@wienerlegal.com |

October 29, 2024

***VIA ELECTRONIC FILING***

Honorable Karen M. Williams
United States District Court
Mitchell H. Cohen U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      **Re:**    **Nucera v. Township of Bordentown,** *et al.*
                **Civil No. 1:24-cv-08638-KMW-EAP**

Dear Judge Williams:

      I represent Plaintiff Frank M. Nucera, Jr. in the above-captioned matter. This case is the subject of Defendants Township of Bordentown and Salvatore Guido's respective Rule 12(b)(6) Motions to Dismiss Plaintiff's Amended Complaint. (ECF Nos. 10 and 12.) Timely opposition (ECF No. 14) was filed on Plaintiff's behalf and each of the defendants filed a reply (ECF Nos. 17 and 21) to the opposition. The motions are returnable on November 18, 2024. (ECF No. 16.)

      Plaintiff respectfully requests that these motions be scheduled for ***oral argument***.

      Thank you for your consideration of this matter.

                                                Respectfully,

                                                *Richard M. Wiener*

                                              Richard M. Wiener, Esq.

cc:     Armando V. Riccio, Esq. *(via electronic filing)*
          Michael Rubas, Esq. *(via electronic filing)*