UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| FRANK NUCERA, JR., <br><br> Plaintiff, <br><br> v. <br><br> TOWNSHIP OF BORDENTOWN, *et al.*, <br><br> Defendants. | HONORABLE KAREN M. WILLIAMS <br><br> Civil Action <br> No. 24-8638 (KMW-EAP) <br><br> **ORDER** |

THIS MATTER comes before the Court upon the filing of Defendant Township of Bordentown's Motion to Dismiss, (ECF No. 10); and upon the filing of Defendant Salvatore Guido's Motion to Dismiss, (ECF No. 12); with Plaintiff opposing both motions in a single omnibus motion, (ECF No. 14); to which Defendant Township of Bordentown replied, (ECF No. 17); and to which defendant Salvatore Guido replied (ECF No. 21); and the Court hearing the arguments of counsel during the hearing held on April 29, 2025; and the Court noting the appearances of counsel: Richard M Wiener, Esq., appearing on behalf of Plaintiff; Armando V. Riccio, Esq. appearing on behalf of Defendant Township of Bordentown; and Michael Peter Rubas, Esq., appearing on behalf of Defendant Salvatore Guido; and for the reasons forthcoming in an Opinion by this Court; and for good cause shown;

IT IS on this **29th** day of **April 2025,** hereby

**ORDERED** that Defendant Township of Bordentown's Motion to Dismiss, (ECF No. 10), and Defendant Salvatore Guido's Motion to Dismiss, (ECF No. 12), are **GRANTED WITH PREJUDICE**; and

**ORDERED** that, upon the filing of the forthcoming Opinion, the Clerk of Court close this case.

KAREN M. WILLIAMS
United States District Judge